Submitted on record and briefs December 13, 2002, affirmed January 8, petition for review denied April 8, 2003 (335 Or 355)

BRUCE ALAN MUIR,
*Appellant,*

*v.*

Mitch MORROW,
Superintendent,
Oregon State Correctional Institution,
*Respondent.*

00C-20063; A115502

60 P3d 1119

Mark G. Obert filed the brief for appellant.

Timothy A. Sylwester, Assistant Attorney General, filed the brief for respondent. With him on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Edmonds, Presiding Judge, and Deits, Chief Judge,* and Kistler, Judge.

PER CURIAM

Affirmed. *Teague v. Palmateer*, 184 Or App 577, 57 P3d 176 (2002).

---

* Deits, C. J., *vice* Wollheim, J.